```
Label Matrix for local noticing        AAB RN First Assistant                  AEP
0648-2                                  1901 Miller Rd.                         PO Box 24417
Case 2:21-bk-51117                      Rowlett, TX 75088-5604                  Canton, OH 44701-4417
Southern District of Ohio
Columbus
Wed Apr 14 10:58:06 EDT 2021

ATG Credit LLC                          Acceptance Now                          Ace
PO Box 17895                            Attn: Bankruptcy                        1231 Greennway Ste 600
Chicago, IL 60614                       5501 Headquarters Dr                    Irving, TX 75038-2511
                                        Plano, TX 75024-5837


Asst US Trustee (Col)                   Baxter Credit Union                     Bridgecrest credit company, LLC
Office of the US Trustee                346 N. Milwaukee Ave.                   PO Box 29018 Phoenix AZ 85038
170 North High Street                   Vernon Hills, IL 60061
Suite 200
Columbus, OH 43215-2417


CBCS                                    Capital One                             Cash Max
PO Box 69                               Attn: General Correspondence/Bankruptcy 2853 Broadway
Columbus, OH 43216                      Po Box 30285                            Grove City, OH 43123-1400
                                        Salt Lake City, UT 84130-0285


Check Into Cash                         Check N Go                              Choice Recovery Inc
PO Box 550                              5245 N Hamilton Rd                      1550 Old Henderson Rd Ste 100
Cleveland, TN 37364-0550                Gahanna, OH 43230-1315                  Columbus, OH 43220-3662


Coll Prof Inc.                          Computer Collections, Inc.              (p)CONTINENTAL FINANCE COMPANY LLC
PO Box 416                              Claim Dept. 009685                      PO BOX 8099
La Salle, IL 61301-0416                 470 West Hanes Mill Rd.                 NEWARK DE 19714-8099
                                        Winston Salem, NC 27105-9102


DT Credit Company, LLC                  Doctors Hospital                        Eagle Loan Company
Attn: Bankruptcy                        Dept 650                                948 E Main St
Po Box 29018                            Columbus, OH 43265                      Chillicothe, OH 45601-2844
Phoenix, AZ 85038-9018


Eagle Loan Company Of Ohio, Inc.        Earnin Pay Advance                      First Premier Bank
PO Box 54927                            Po Box 46                               Po Box 5524
Cincinnati OH 45254-0927                Palo Alto, CA 94301                     Sioux Falls, SD 57117-5524


Franklin Collections                    Hilliard Health Center                  Huntington Bank
PO Box 3910                             4343 All Seasons Dr.                    175 S 3rd St Ste 900
Tupelo, MS 38803-3910                   Hilliard, OH 43026-1961                 Columbus, OH 43215-5166


Internal Revenue Service                (p)KEMBA FINANCIAL CREDIT UNION         Key Bank
Centralized Insolvency Operation        PO BOX 307370                           34 N Main Street
PO Box 7346                             GAHANNA OH 43230-7370                   Dayton, OH 45402-1909
Philadelphia, PA 19101-7346
```

KeyBank N.A.
4910 Tiedeman Rd
Brooklyn, Ohio 44144-2338

Kinum
2133 Upton Dr
Virginia Beach, VA 23454-1193

(p)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116


LTD ACQUISITIONS, LLC
3200 Wilcrest Dr. Suite 600
HOUSTON, TX 77042-6000

Mabt/contfin
121 Continental Dr Ste 1
Newark, DE 19713-4326

McConnell Heart Health Center
3773 Olentangy River Rd.
Columbus, OH 43214-3425


(p)MEADE & ASSOCIATES  INC
ATTN BANKRUPCTY DEPARTMENT
737 ENTERPRISE DRIVE
LEWIS CENTER OH 43035-9438

Meade & Associates Inc
737 Enterprise Dr
Westerville, OH 43081-8850

Mercantile Adjustment Bureau
165 Lawrence Bell Dr.
Suite 100
Buffalo, NY 14221-7900


Mid America Bk/total C
5109 S Broadband Ln
Sioux Falls, SD 57108-2208

Money Lion
2601 North Lamar Blvd
Austin, TX 78705-4260

National Enterprise Systems
2479 Edison Blvd.
Unit A.
Twinsburg, OH 44087-2476


Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Ohio Health
1457 E 40th St
Cleveland, OH 44103-1103

Ohio Sleep Medicine
PO Box 1259
Dept. #132849
Oaks, PA 19456-1259


Online Collections
Po Box 1489
Winterville, NC 28590-1489

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Payday Loans
201 Keith St
Suite 80
Cleveland, TN 37311-5867


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Purchasing Power
2727 Paces Ferry Road SE
Bldg 2 STe. 1200
Atlanta, GA 30339-6143

QVC
PO Box 530905
Atlanta, GA 30353-0905


Rise Credit
4150 Internatinal Plaza Ste. 300
Fort Worth, TX 76109-4819

Riverside Methodist Hospital
PO Box 89468
Cleveland, OH 44101-6468

Riverside Outpatient Surgery Center
2210 N. Bank Dr.
Columbus, OH 43220


SNHU
2500 N. River Rd.
Hooksett, NH 03106-1045

Southern New Hampshire University
PO Box 55008
Boston, MA 02205-5008

State of Ohio
Department of Taxation
PO Box 2476
Columbus, OH 43216-2476


Stephen D. Miles
18 W. Monument Ave.
Dayton, OH 45402-1202

THE HUNTINGTON NATIONAL BANK
PO BOX 89424
CLEVELAND, OH 44101-6424

Time Warner Cable
PO Box 2553
Columbus, OH 43216

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Us Dept Of Ed/Great Lakes Higher Educati<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3121 | Verizon<br>Bankruptcy Administration<br>500 Technology Drive, Suite 550<br>Saint Charles, MO 63304-2225 |
| WOW Cable<br>PO Box 55126<br>Boston, MA 02205-5126 | Woodforest National Bank<br>25231 Grogans Mill Rd.<br>Spring, TX 77380-3103 | Derek Michael Shaw<br>Calig Law Firm<br>513 E. Rich Street<br>Suite 210<br>Columbus, OH 43215-5584 |
| Faye D. English<br>Chapter 13 Trustee<br>10 West Broad Street<br>Suite 1600<br>Columbus, OH 43215-3416 | Jeanine M Harris<br>4857 Herndon Dr.<br>Columbus, OH 43221-5804 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Continental Finance<br>PO Box 8099<br>Newark, DE 19714-8099 | Kemba Financial Credit Union<br>4220 E Broad St<br>Columbus, OH 43213 | Klarna Inc<br>629 N High Street, Suite 300<br>Columbus, OH 43215 |
| Meade & Associates<br>737 Enterprise Dr<br>Lewis Center, OH 43035 | PNC Bank<br>PO Box 3429<br>Pittsburgh, PA 15230 | Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates<br>120 Corporate Blvd<br>Norfolk, VA 23502 | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | End of Label Matrix<br>Mailable recipients    67<br>Bypassed recipients     0<br>Total                  67 |