UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                         CASE NO:   21-51117
                                               Chapter 13
                                               SSN: xxx-xx-xxxx

Jeanine Harris

   Debtor

NOTICE TO CONVERT A CHAPTER 13 PROCEEDING TO A CHAPTER 7

BANKRUPTCY

Now come(s) the Debtors and move(s) the Court to Convert the above Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

MEMORANDUM

The above is made pursuant to 11 U.S.C., Section 1307, allowing Debtors to convert "at any time".  This case has not been previously converted from a Chapter 7 or 11.  The Debtors are eligible to be Debtors under Chapter 7.


  /s/ Derek Shaw____
Derek Shaw, Esq 0089865
Calig Law Firm
513 E Rich Street, Suite 210
Columbus OH  43215
(P)(614)252-2300
(F) (614)252-2558
 measter@caligla.com
dshaw@caliglaw.com


**CONSENT OF DEBTOR(S)**

The undersigned hereby consents to a Conversion of this case to a Chapter 7, Straight Bankruptcy.


 /s/ Jeanine Harris_____
Jeanine Harris

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Notice was served **electronically** upon Interim Faye English, Chapter 13 Trustee, and the US Trustee, 170 North High Street, 2nd Floor, Columbus, Ohio, 43215, this 28th day of April 2021.

  /s/ Derek Shaw____
Derek Shaw, Esq 0089865
Calig Law Firm
513 E Rich Street, Suite 210
Columbus OH  43215
(P)(614)252-2300
(F) (614)252-2558
 measter@caligla.com
dshaw@caliglaw.com